FILED - JH
GLYNN CO. CLERK'S OFFICE
Filed 7/11/2024 10:01 PM
Accepted 7/12/2024 10:04 AM
CASE # CE24-00751
*Rebecca J Walden*
CLERK SUPERIOR COURT

## IN THE SUPERIOR COURT OF GLYNN COUNTY

## STATE OF GEORGIA

LINDA R. LEE,            *

                         *

         Plaintiff,       *

                         *                    CE24-00751

         -VS-               *     CIVIL ACTION NO .: CE24- ~~00741~~

                         *

NECCO, LLC,           *         JUDGE KELLEY

                         *

         Defendant.       *

### LINDA R. LEE'S COMPLAINT FOR DAMAGES

**LINDA R. LEE**, Plaintiff in the above-styled action, files this Linda R. Lee's Complaint for Damages against Defendant, **NECCO, LLC**. In support of this action, **LINDA R. LEE** shows the following:

-1-

The Superior Court of Glynn County has jurisdiction over the parties to this Complaint.

-2-

The Superior Court of Glynn County has jurisdiction over the subject matter of this Complaint.

-3-

Venue is proper before this Court.

### FACTS

-4-

Ms. Lee contracted with Defendant to provide foster parent services to Defendant for children in the legal and physical custody of the Georgia Department of Human Services acting through the Georgia Department of Family and Children Services.

Page 1 of 7

-5-

Under this contract, Defendant reviewed Ms. Lee's performance.

-6-

Defendant and its employees began spreading oral and written false claims about Ms. Lee.

-7-

This defamatory conduct began when Ms. Lee question the appropriateness of conduct between one of Defendant's employees and a minor child under Ms. Lee's foster care.

-8-

Defendant and its employees began a campaign of verbal and written falsehoods against Ms. Lee.

-9-

As a result of these untrue allegations, Defendant I properly terminated its contract with Ms. Lee.

-10-

As a further consequence of these untrue oral and written allegations, Ms. Lee suffered damages to her businesses and her reputation.

-11-

On or about July 15, 2023, Ms. Lee learned of these false allegations through written documents created by Defendant and its employees in response to Ms. Lee's questioning of why Defendant abruptly ended her contract.

-12-

After learning of the written defamation, Ms. Lee learned that Defendant and its employees had been publishing the same and other falsities to others in an attempt to destroy Ms. Lee's businesses and ministries.

## SLANDER

-13-

In making the above oral, defamatory statements against Ms. Lee, Defendant and its employees spread false allegations about Ms. Lee's conduct as a foster parent.

-14-

These oral defamatory statements accused Ms. Lee of debasing acts which could exclude her from society.

-15-

Further, Defendant and its employees made charges against Ms. Lee in reference to her trade, office, or profession, calculated to injure her in her trade, office, or profession.

-16-

As a result of the aforementioned actions of Defendant and its employees, Ms. Lee suffered pain and suffering, both mental and physical.

-17-

As a result of the aforementioned injuries, Ms. Lee also suffered a loss of enjoyment of life.

-18-

The aforementioned baseless actions and the heinous false accusations contained within the allegations constituted an entire want of care which raises the presumption of the conscious

indifference to the consequences so as to entitle Ms. Lee to recover punitive damages in an amount to be decided by a jury to deter Defendant and its employees from future wrongdoing.

## COUNT II

## LIBEL

### -19-

Defendant and its employees spread these false allegations about Ms. Lee's conduct as a foster parent through written documents circulated by Defendant and its employees among numerous individuals.

### -20-

These written defamatory statements accused Ms. Lee of debasing acts which could exclude her from society.

### -21-

Further, these documents created by Defendant and its employees made charges against Ms. Lee in reference to her trade, office, or profession, calculated to injure her in her trade, office, or profession.

### -22-

As a result of the aforementioned actions of Defendant and its employees, Ms. Lee suffered pain and suffering, both mental and physical.

### -23-

As a result of the aforementioned injuries, Ms. Lee also suffered a loss of enjoyment of life.

-24-

The aforementioned baseless actions and the heinous false accusations contained within the allegations in the circulated documents constituted an entire want of care which raised the presumption of the conscious indifference to the consequences so as to entitle Ms. Lee to recover punitive damages in an amount to be decided by a jury to deter Defendant and its employees from future wrongdoing.

## COUNT III

### INTENTIONAL INFLICTION OF EMOTIONAL AND MENTAL DISTRESS

-25-

Defendant and its employees acted recklessly and intentionally in an extreme and outrageous way that caused Ms. Lee emotional distress that was severe and that naturally humiliated, embarrassed, frighten, or extremely outraged Ms. Lee.

-26-

Defendant and its employees gave no thought to the impact that their conduct had on Ms. Lee.

-27-

This abuse was outrageous and extreme in that Defendant and its employees knew that their actions would subject Ms. Lee to extreme embarrassment, degradation and humiliation personally and in her profession and calling.

-28-

Defendant and its employees' actions brought Ms. Lee into public scandal, infamy, disgrace, and great humiliation.

**-29-**

Defendants and its employees' cruel treatment of Ms. Lee and the distress that accompanied such treatment caused Ms. Lee to suffer great physical pain, and mental anguish.

**-30-**

As a result of the aforementioned actions of Defendant and its employees, Ms. Lee suffered pain and suffering, both mental and physical.

**-31-**

As a result of the aforementioned injuries, Ms. Lee also suffered a loss of enjoyment of life.

**-32-**

The aforementioned actions herein constituted an entire want of care which raises the presumption of the conscious indifference to the consequences so as to entitle Ms. Lee to recover punitive damages in an amount to be decided by a jury to deter Defendant and its employees from future wrongdoing.

**WHEREFORE, LINDA R. LEE,** Plaintiff, in the above-styled case, prays that:

a)    Process issue, that Defendant be served and be required to answer all as provided by law in such cases;

b)    Recover compensatory damages in the amount of **SEVEN HUNDRED FIFTY THOUSAND DOLLARS ($750,000.00)** on Count I of this Complaint;

c)    Recover compensatory damages in the amount of **SEVEN HUNDRED FIFTY THOUSAND DOLLARS ($750,000.00)** on Count II of this Complaint;

d)    Recover compensatory damages in the amount of **SEVEN HUNDRED FIFTY THOUSAND DOLLARS ($750,000.00)** on Count III of this Complaint;

e)     Recover punitive damages on each count of the Complaint in amounts to be determined by the jury;

f)     Recover prejudgment interest, attorney fees, including litigation expenses, and the costs of this action as permitted by law;

g)     Recover from Defendants for the loss of her enjoyment of life in excess of $10,000.00; and

h)     This Court grant such other and further relief and is just and proper under the circumstances of this case.

Respectfully submitted this 11th day of July 2024.


\s\James A. Yancey, Jr.
JAMES A. YANCEY, JR.
Attorney for Linda R. Lee
State Bar of Georgia No.: 779725
James A. Yancey, Jr., Attorney at Law, P.C.
704 G Street
Brunswick, Georgia 31520-6749
(912) 265-8562 (Office)
(912) 265-8564 (Fax)
Email: jayjr@standinthegap.biz
C:\WPDOCS\SLANDERVA-U2024\LEE-L..SLA\M-Z\PLEADINGS\LEE\LINDA R. LEE'S COMPLAINT
FOR DAMAGES

STATE OF GEORGIA

COUNTY OF GLYNN

<u>**VERIFICATION**</u>

Personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, **LINDA R. LEE**, who after being duly sworn, deposes and states that she is the Plaintiff in the above-styled  Linda R. Lee's Complaint for Damages  and verifies that the facts contained in the within and foregoing  Linda R. Lee's Complaint for Damages  are true and correct to the best of her knowledge, information, and belief.

This 11th day of July 2024.

_____
LINDA R. LEE

Sworn to and subscribed before me
This 11th day of July 2024.

_____
NOTARY PUBLIC

My Commission Expires:06/21/2027

