# In the United States District Court for the Southern District of Georgia Brunswick Division

LINDA R. LEE,

    Plaintiff,

v.

NECCO, LLC,

    Defendant.

CV 224-100

## ORDER

Plaintiff Linda Lee initiated this action in the Superior Court of Glynn County, Georgia, on July 11, 2024. Dkt. No. 1-1. Defendant Necco, LLC, removed the case to this Court on August 21, 2024. Dkt. No. 1. The same day, the Clerk of Court issued a Removal Notice to all counsel of record. Dkt. No. 3. The Notice stated, in part: "Plaintiff's counsel intending to appear in the referenced matter must enter a notice of appearance or a motion for admission pro hac vice no later than ten (10) days after the issuance of this notice." Id. In accordance with the Notice, Plaintiff's counsel's notice of appearance was due on or before September 3, 2024. The deadline has passed, and no notice of appearance has been filed. Plaintiff is **ORDERED** to show cause within ten days of the date of this Order why this case should not be dismissed for failure to prosecute.

**SO ORDERED**, this \_\_9\_\_ day of September, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA